## Hereford Ins. Co. v All City Family Healthcare

### 2024 NY Slip Op 33546(U)

### October 7, 2024

### Supreme Court, New York County

### Docket Number: Index No. 153734/2022

### Judge: Judy H. Kim

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT:     HON. JUDY H. KIM                           PART     04
                                          *Justice*

-----------------------------------------------------------------------X

HEREFORD INSURANCE COMPANY,

                              Plaintiff,

- v -

ALL CITY FAMILY HEALTHCARE, AMERICAN MEDICAL
INITIATIVES PC,BAY RIDGE ORTHOPEDIC ASSOC.,
COME CHIROPRACTIC PC,DR. SIMEON ISAACS, EAST
COAST MED GROUP INC.,ELENA BORISOVNA STYBEL,
ERIC KENWORTHY, GOOD MEDICA INC.,HEADLAM
MEDICAL PROFESSIONAL CORP., IDEAL CARE
PHARMACY INC.,ISLAND AMBULATORY SURGERY
CENTER, INTEGRATIVE FAMILY HEALTH NP
PLLC,INTERVENTIONAL PHYSICAL MEDICINE AND
REHAB OF NEW YORK PLLC,JOSEPH RAIA MD
PC,LENCO DIAGNOSTIC LABORATORY, LORRAINE
RIOTTO, LR MEDICAL PLLC,MARK H. VINE, NEXT STEP
HEALING INC.,PSG PSYCHOLOGY PLLC,QUALITY CARE
RX INC.,REHAB TIME PT PC,RIGHT CHOICE SUPPLY
INC.,SEDATION VACATION PERIOPERATIVE MEDICINE
PLLC,SINAI DIAGNOSTICS LLC,WIZARD COMPUTER
SERVICES, INC.,XPERT SUPPLY CORP., YUREV
MICHAEL, DUCKENS MICHEL, JOSEPH ERBENS,
YVENOL JUSTE,

                              Defendants.

-----------------------------------------------------------------------X

|  |  |
|---|---|
| INDEX NO. | 153734/2022 |
| MOTION DATE | 09/15/2024 |
| MOTION SEQ. NO. | 003 |

**DECISION + ORDER ON
MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 003) 112, 113, 114, 115, 116, 118, 121

were read on this motion to                    AMEND CAPTION/PLEADINGS            .

Upon the foregoing documents, plaintiff's motion for leave to amend the pleadings pursuant to CPLR 3025(b) is granted.

Plaintiff commenced this action on April 29, 2022, seeking a declaratory judgment that plaintiff is not obligated to pay any no-fault benefits for the medical treatment of defendants Duckens Michel, Joseph Erbens, and Yvenol Juste for injuries allegedly sustained in a motor vehicle collision on August 30, 2021 (NYSCEF Doc. No. 1 [Complaint]).

**153734/2022  HEREFORD INSURANCE COMPANY vs. ALL CITY FAMILY HEALTHCARE ET AL        Page 1 of 4**
**Motion No.  003**

On February 7, 2023, plaintiff moved for a default judgment against defendants Come Chiropractic PC, East Coast Med Group Inc., Good Medica Inc., Island Ambulatory Surgery Center, Interventional Physical Medicine and Rehab Of New York PLLC, Joseph Raia MD PC, Lenco Diagnostic Laboratory, Next Step Healing Inc., Quality Care Rx Inc., Right Choice Supply Inc., Sedation Vacation Perioperative Medicine PLLC, Sinai Diagnostics LLC, and Wizard Computer Services, Inc., which motion was granted on March 13, 2023 (NSYCEF Doc. No. 97).

Plaintiff now moves to amend the pleadings to include Grace Medical Health Provider, PC and Northeast Medical Devices LLC as additional defendants.

## DISCUSSION

As an initial matter, since plaintiff has, after filing this motion, reached a settlement with defendant Northeast Medical Devices LLC and preemptively "discontinued" this action as against it (NYSCEF Doc. No. 118), the branch of its motion to amend its pleadings to add Northeast Medical Devices LLC as a defendant is denied as moot.

However, the remainder of plaintiff's motion, to amend its pleadings to add Grace Medical Health Provider, PC as a defendant, is granted. "Leave to amend pleadings under CPLR 3025(b) should be freely given and denied only if there is prejudice or surprise resulting directly from the delay or if the proposed amendment is palpably improper or insufficient as a matter of law" (McGhee v Odell, 96 AD3d 449, 450 [1st Dept 2012] [internal citations and quotations omitted]). and the amendments sought is neither palpably improper nor insufficient as a matter of law.

Accordingly, it is

**ORDERED** that plaintiff's motion for leave to amend the complaint to add is granted, in part, and the action shall bear the following caption:[1]

---

[1] The proposed Amended Summons and Complaint submitted by plaintiff in connection with this motion includes the discontinued defendants All City Family Healthcare, Dr. Simeon Isaacs, Elena Borisovna Stybel Md, Eric Kenworthy,

**153734/2022   HEREFORD INSURANCE COMPANY vs. ALL CITY FAMILY HEALTHCARE ET AL**          **Page 2 of 4**
**Motion No.  003**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------------------X
HEREFORD INSURANCE COMPANY,

                            Plaintiff,                  Index No. 153734/2022

              -against-

AMERICAN MEDICAL INITIATIVES PC, BAY RIDGE
ORTHOPEDIC ASSOC, COME CHIROPRACTIC PC,
EAST COAST MED GROUP INC., GOOD MEDICA INC.,
ISLAND AMBULATORY SURGERY CENTER,
INTERVENTIONAL PHYSICAL MEDICINE AND
REHAB OF NEW YORK PLLC, JOSEPH RAIA MD PC,
LENCO DIAGNOSTIC LABORATORY,
NEXT STEP HEALING INC., QUALITY CARE RX INC.,
RIGHT CHOICE SUPPLY INC., SEDATION VACATION
PERIOPERATIVE MEDICINE PLLC, SINAI DIAGNOSTICS LLC,
WIZARD COMPUTER SERVICES, INC. MARK H. VINE,
DUCKENS MICHEL, JOSEPH ERBENS, YVENOL JUSTE, and
GRACE MEDICAL HEALTH PROVIDER, PC,

                         Defendants.
--------------------------------------------------------------------------------X

and it is further

      **ORDERED** that plaintiff shall serve a Supplemental Summons and Amended Verified

Complaint, amended to reflect the above caption, along with a copy of this decision and order with

notice of entry, on Grace Medical Health Provider, PC, within twenty days of the date of this

decision and order, in accordance with the CPLR; and it is further

      **ORDERED** that this Supplemental Summons and Amended Verified Complaint, amended

to reflect the above caption, shall be deemed served upon all parties who have previously appeared

in the action upon plaintiff's service of a copy of this decision and order, with notice of entry, on

those parties; and it is further

---

MD, Headlam Medical Professional Corp., Ideal Care Pharmacy Inc., Integrative Family Health NP PLLC, Lorraine
Riotto MD, LR Medical PLLC, PSG Psychology PLLC, Rehab Time Pt PC, Xpert Supply Corp., and Yurev Michael.

**153734/2022  HEREFORD INSURANCE COMPANY vs. ALL CITY FAMILY HEALTHCARE ET AL**       Page 3 of 4
**Motion No.  003**

**ORDERED** that counsel for plaintiff shall serve a copy of this decision and order, with notice of entry, upon the County Clerk (60 Centre Street, Room 141B) and the Clerk of the General Clerk's Office (60 Centre Street, Room 119), who are directed to mark the court's records to reflect the amended caption set forth above; and it is further

**ORDERED** that such service upon the County Clerk and the Clerk of the General Clerk's Office shall be made in accordance with the procedures set forth in the *Protocol on Courthouse and County Clerk Procedures for Electronically Filed Cases* (accessible at the "E-Filing" page on the court's website at the address (www.nycourts.gov/supctmanh).

This constitutes the decision and order of the Court.

10/7/2024
DATE

HON. JUDY H. KIM, J.S.C.

| CHECK ONE: | | CASE DISPOSED | | | X | NON-FINAL DISPOSITION | | |
|---|---|---|---|---|---|---|---|---|
| | X | GRANTED | | DENIED | | GRANTED IN PART | | OTHER |
| APPLICATION: | | SETTLE ORDER | | | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | | | FIDUCIARY APPOINTMENT | | REFERENCE |

**153734/2022   HEREFORD INSURANCE COMPANY vs. ALL CITY FAMILY HEALTHCARE ET AL**          Page 4 of 4
Motion No.  003

4 of 4